IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HUNTINGDON RIDGE TOWNHOUSE HOMEOWNERS ASSOCIATION, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:09-cv-00071 |
| ) | Judge Trauger |
| QBE INSURANCE CORPORATION, ) et al., ) ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion for Summary Judgment (Docket No. 19) is **DENIED**. The defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED**, and this case is hereby **DISMISSED**. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 20th day of November 2009.

_____
ALETA A. TRAUGER
United States District Judge